**JUDGE DANIELS**            07 CV 5732

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPIRE BONDING AGENCY, INC.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, and DOES 1 - 10,<br><br>*Defendants.* | Civil Action No.<br><br>ECF CASE |


RECEIVED JUN 1 5 2007 U.S.D.C. S.D.N.Y. CASHIERS

### STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for EMPIRE BONDING AGENCY, INC., INC. certifies that there is no parent corporation or any publicly held corporation that owns 10% or more of its stock.

GOTTLIEB, RACKMAN & REISMAN, P.C.
Attorneys for Plaintiff
270 Madison Avenue, 8th Floor
New York, New York 10016
(212) 684-3900

By: _____
George Gottlieb (GG-5761)
ggottlieb@grr.com
Marc P. Misthal (MM-6636)
mmisthal@grr.com

Dated:   New York, New York
         June 15, 2007