## VERIFIED RETURN OF SERVICE

State of NEW YORK     County of SOUTHERN     Court

Index Number: 07 CV 5732
Date Filed: _____

Plaintiff:
**EMPIRE BONDING AGENCY, INC.**

vs.

Defendant:
**JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, AND DOES 1-10**

For:
George Gottlieb, Esq.
GOTTLIEB, RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601

Received by Judicial Process and Support, Inc. on the 19th day of June, 2007 at 10:00 am to be served on **BAIL YES, INC., 2299 SOUTHWEST 27 AVENUE, MIAMI, FL 33145**.

I, Raymond Gutierrez, being duly sworn, depose and say that on the **21st day of June, 2007** at **12:35 pm**, I:

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT FOR TRADEMARK INFRINGMENT, UNFAIR COMPETITION AND CYBERSQUATTING WITH ATTACHED EXHIBITS** with the date and hour of service endorsed thereon by me, to: **JACKIE VALCARCE** as **RECEPTIONIST** for **BAIL YES, INC.**, at the address of: **2299 SOUTHWEST 27 AVENUE, MIAMI, FL 33145**, and informed said person of the contents therein, in compliance with state statutes.

Additional Information pertaining to this Service:
PHYSICAL DESCRIPTION OF JACKIE VALCARCE; WHITE FEMALE, APPROX 28 - 33 YEARS OLD; APPROX 5'6 - 5'7; APPROX 150 - 160 LBS; BROWN/GOLD HAIR; NOT WEARING ANY GLASSES AT THE TIME OF SERVICE; SERVICE PERFECTED ON THE RECEPTIONIST --SINCE SHE WAS THE ONLY EMPLOYEE IN THE OFFICE AT THE TIME OF SERVICE

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Subscribed and Sworn to before me on the 11th day of July, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

MARIA J. GUTIERREZ
Comm# DD0368994
Expires 11/4/2008
Bonded thru (800) 432-4254
Florida Notary Assn., Inc

**Raymond Gutierrez**
C.P.S. 1298

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 312
Miami, FL 33130
(305) 347-3353
Our Job Serial Number: 2007002392

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9r