# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 07 CV 5732                                           Date Filed: _____

Plaintiff:
EMPIRE BONDING AGENCY, INC.
vs.
Defendant:
JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, AND DOES 1-10

For: George Gottlieb, Esq.
    GOTTLIEB, RACKMAN & REISMAN, P.C.

Received by Judicial Process and Support, Inc. on the 19th day of June, 2007 at 10:00 am to be served on ITS FOR ALL MEDIA GROUP, 6550 SW 30 STREET, MIAMI, FL 33155. I, _FRANK P. CAREY_, being duly sworn, depose and say that on the _29_ day of _JUNE_, 20_07_ at _12:15 pm_, executed service by delivering a true copy of the SUMMONS AND COMPLAINT FOR TRADEMARK INFRINGMENT, UNFAIR COMPETITION AND CYBERSQUATTING WITH ATTACHED EXHIBITS in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

(X) SUBSTITUTE SERVICE: By serving _David (declined to provide last name)_ as _Co-Resident of Residence_.

( ) CORPORATE SERVICE: By serving _____ as _____.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _Address provided was a residence; Physical Description of person served: Hispanic; approx 30-35 yrs old; Approx 6'1"; approx 180 lbs; Brown Hair; Brown eyes._

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18). Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Subscribed and Sworn to before me on the _10th_ day of _July, 2007_ by the affiant who is personally known to me.

_____
NOTARY PUBLIC

MARIA J. GUTIERREZ
Comm# DD0368984
Expires 11/4/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc.

_Frank P. Carey_
PROCESS SERVER # _1480_
Appointed in accordance
with State Statutes

Judicial Process and Support, Inc.
19 West Flagler Street
Suite 312
Miami, FL 33130
(305) 347-3353
Our Job Serial Number: 2007002393

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9r