## VERIFIED RETURN OF SERVICE

State of NEW YORK                County of SOUTHERN                                    Court

Index Number: 07 CV 5732
Date Filed: _____

Plaintiff:
**EMPIRE BONDING AGENCY, INC.**
vs.
Defendant:
**JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, AND DOES
1-10**

For: George Gottlieb, Esq.
    GOTTLIEB, RACKMAN & REISMAN, P.C.

Received by Judicial Process and Support, Inc. on the 19th day of June, 2007 at 10:00 am to be served on **JOE MASTRAPA, 2299 SOUTHWEST 27 AVENUE, MIAMI, FL 33145.** I, _FRANK P. CAREY_, being duly sworn, depose and say that on the _24_ day of _AUGUST_, 20_07_ at _3:30_ _P_.m., executed service by delivering a true copy of the **SUMMONS AND COMPLAINT FOR TRADEMARK INFRINGMENT, UNFAIR COMPETITION AND CYBERSQUATTING WITH ATTACHED EXHIBITS** in accordance with state statutes in the manner marked below:

( ) INDIVIDUAL SERVICE: Served the within-named person.

(X) SUBSTITUTE SERVICE: Served by delivering a true copy of the documents reflected above with the date and hour of service endorsed thereon by me, to _MR. NELSON_ as CO-RESIDENT at the address reflected above or in the comments section, the within named person's usual place of ABODE, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

( ) POSTED SERVICE: After attempting service on ___/___ at _____ and on ___/___ at _____ to a conspicuous place on the property described herein.

( ) NON SERVICE: For the reason detailed in the Comments below.

Military Status: ( ) Yes  or  ( ) No   If yes, what branch? _____

Marital Status: ( ) Married  or  ( ) Single   Name of Spouse _____

**COMMENTS:** _SERVED AT JOE MASTRAPA'S RESIDENCE_
_13001 LERIDA St. CORAL GABLES, FL 33158_

I acknowledge that I am certified/appointed in good standing in the judicial circuit wherein this process was served, have no interest in the above action and that I am over the age of Eighteen (18).  Under penalty of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated in it are true.

Subscribed and Sworn to before me on the _27th_ day of _August_ _2007_ by the affiant who is personally known to me.

NOTARY PUBLIC
MARIA J. GUTIERREZ
Comm# DD0368994
Expires 11/4/2008
Bonded thru (800)432-4254
Florida Notary Assn., Inc

_Frank P. Carey_
PROCESS SERVER # _1480_
Appointed in accordance
  with State Statutes

**Judicial Process and Support, Inc.**
19 West Flagler Street
Suite 312
Miami, FL  33130
(305) 347-3353
Our Job Serial Number: 2007002391

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9r