**FREDERICA L. MILLER**
ATTORNEY AT LAW
299 BROADWAY
SUITE 800
NEW YORK, NEW YORK 10007

TEL (212) 661-8844
FAX (212) 661-5844
EMAIL fmjuris@aol.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2007

September 10, 2007

*Via Facsimile Only 212-805-6737*

The Honorable George B. Daniels
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10013

**SO ORDERED** The conference is rescheduled for September 26, 2007 at 9:30 a.m.
SEP 11 2007
HON GEORGE B. DANIELS

Re: Empire Bonding Agency, Inc. v. Joe Mastrapa, Bail Yes, Inc., et al.,
Case # 07 CV 5732

Dear Judge Daniels:

I have been retained today to represent Joe Mastrapa and Bail Yes, Inc in the above referenced matter. My notice of appearance is attached.

This case is on for an initial conference tomorrow. I am unable to appear tomorrow at 9:30am for a conference as I have a previous engagement in New York State Supreme Court, Westchester County before Judge LaTia Martin in Kramer v. Griffith, index # 07-11797.

I have discussed an adjournment with plaintiff's attorney, Mr. Misthral. He does not object to an adjournment to September 26, 2007 at 9:30am, if convenient for the Court. Thank you.

Very truly yours,

Frederica L. Miller

cc: Marc P. Misthal, Esq. via facsimile 212-684-3999