**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EMPIRE BONDING AGENCY, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, and DOES 1 through 10 <br><br> *Defendants.* | Civil Action No. 07 CV 5732 (GBD) <br><br> **CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

In accordance with the Court's Order dated June 19, 2007, plaintiff and defendants Joe Mastrapa and Bail Yes, Inc. *and Its For All Media Group* hereby submit the following proposed Case Management Plan and Scheduling Order.

1. Rule 26(a)(1) disclosures are to be served by ~~October 31~~ *Nov 10*, 2007.

1A. *Answers shall be served on or before October 10, 2007.*

2. No additional parties may be joined after January 4, 2008.

3. No amendment to the pleadings will be permitted after January 4, 2008.

4. Except for good cause shown, all fact discovery shall be commenced to be completed by March 4, 2008.

5. Dispositive motions, including motions for partial summary judgment, are to be served and filed by March 11, 2008. Answering papers are to be served and filed within 21 days. Reply papers are to be served and filed within 10 days.

6. A final pretrial conference will be held on May 6, 2008 at 9:30 a.m.

1

7. The Joint Pretrial Order shall be filed no later than April 1, 2008.

8. All motions and applications shall be governed by the Court's Individual Rules of Practice.

9. The parties shall be ready for trial on 48 hours notice on or after June 3, 2008. The estimated trial time is 3 days, and this is a jury trial.

10. The Next Case Management Conference will be held on February 5, 2008 at 9:30 a.m.

Dated:   September 2, 2007
         New York, New York

SO ORDERED:   OCT 0 2 2007

*[signature]*
GEORGE B. DANIELS
United States District Judge
HON. GEORGE B. DANIELS

*[signature]*
George Gottlieb
Marc P. Misthal
Yuval H. Marcus
GOTTLIEB RACKMAN & REISMAN, P.C.
270 Madison Avenue
New York, NY 10016-0601
(212) 684-3900
Attorneys for Plaintiff

*[signature]*
Frederica L. Miller
299 Broadway, Suite 600
New York, NY 10007
(212) 661-6844
Attorneys for Defendants
Joe Mastrapa and Bail Yes, Inc. and Its For All Media Group

2