UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMPIRE BONDING AGENCY, INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>JOE MASTRAPA, BAIL YES, INC., ITS FOR ALL MEDIA GROUP, and DOES 1 through 10<br><br>*Defendants.* | Civil Action No. 07 CV 5732 (GBD/DFE)<br><br>**NOTICE OF APPEARANCE** |

Please enter the appearance of Yuval H. Marcus, Esq. of Gottlieb Rackman & Reisman, P.C., 270 Madison Avenue, New York, N.Y. 10016, as counsel for Plaintiff Empire Bonding Agency, Inc. Hereafter, please include Yuval H. Marcus, and his e-mail information, on the CM/ECF service list for Plaintiff.

Respectfully submitted,
GOTTLIEB, RACKMAN & REISMAN P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, N.Y. 10016
(212) 684-3900

By: _____
Yuval H. Marcus (YM 5348)
ymarcus@grr.com

Dated:   New York, New York
         October 12, 2007