# UNITED STATES DISTRICT COURT

**SOUTHERN DISTRICT OF NEW YORK**

Case # 07 CV 5732 (GBD)

**Notice of Appearance**

| |
|---|
| **EMPIRE BONDING AGENCY, INC.** |
| vs. |
| **JOE MASTRAPA,** <br> **BAIL YES, INC.** <br> **ITS FOR ALL MEDIA GROUP** |
| **Defendants** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendants Joe Mastrapa; Bail Yes, Inc. and Its For All Media Group.

I certify that I am admitted to practice in this Court.

|  |  |  |
|---|---|---|
|  | Frederica L. Miller | Bar number FM6746 |
|  | 299 Broadway, Ste 800 |  |
|  | New York, NY 10007 |  |
|  |  | **/s/** |
| Dated: 9/11/07 | (212) 661-6844 work | ……………………………………… |
|  | (212) 661-5844 fax | Signature |