USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

# FREDERICA L. MILLER

ATTORNEY AT LAW
299 BROADWAY
SUITE 800
NEW YORK, NEW YORK 10007

TEL (212) 661-6844
FAX (212) 661-5844
EMAIL fmjuris@aol.com

**SO ORDERED**

*/s/ George B. Daniels/*

HON. GEORGE B. DANIELS
NOV 0 5 2007

October 16, 2007

Hon. George B. Daniels
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: <u>Empire Bonding Agency v. Joe Mastrapa</u>, et al., # 07 CV 5732

Dear Judge Daniels:

I represent the defendants herein. I respectfully request that Fred Lichtmacher be allowed to withdraw as attorney for the defendants in the above matter. I filed my appearance on September 26, 2007. When I prepared my answer on October 10, 2007, I was unable to file it as I did not have ECF capabilities. The deadline for filing the answer was October 10, 2007. Mr. Lichtmacher assisted me in filing the answer in order to meet the deadline. Mr. Lichtmacher reviewed the answer and he believed that there were legitimate defenses to the action. Mr. Lichtmacher will not continue as co-counsel to the defendants. I will continue to represent the defendants. Thank you.

Very truly yours,

*/s/ F. Miller/*

Frederica L. Miller

Encl.

cc: Yuval Marcus, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 5 2007

# FREDERICA L. MILLER
ATTORNEY AT LAW
299 BROADWAY
SUITE 800
NEW YORK, NEW YORK 10007

TEL (212) 661-6844
FAX (212) 661-5844
EMAIL fmjuris@aol.com

October 16, 2007

**SO ORDERED**

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS
NOV 0 5 2007

Hon. George B. Daniels
US District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10013

Re: Empire Bonding Agency v. Joe Mastrapa, et al., # 07 CV 5732

Dear Judge Daniels:

I represent the defendants herein. I respectfully request that Fred Lichtmacher be allowed to withdraw as attorney for the defendants in the above matter. I filed my appearance on September 26, 2007. When I prepared my answer on October 10, 2007, I was unable to file it as I did not have ECF capabilities. The deadline for filing the answer was October 10, 2007. Mr. Lichtmacher assisted me in filing the answer in order to meet the deadline. Mr. Lichtmacher reviewed the answer and he believed that there were legitimate defenses to the action. Mr. Lichtmacher will not continue as co-counsel to the defendants. I will continue to represent the defendants. Thank you.

Very truly yours,

*/s/ F.L. Miller*
Frederica L. Miller

Encl.

cc: Yuval Marcus, Esq.